8:23mc336

AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 OCT -5  AM 11:00
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| Howard J. Miller, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-cv-132 |
| Juarez Cartel | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   06/24/2022

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   08/10/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Local AO 450 (rev. 5/10)

# United States District Court
## District of North Dakota

Howard J. Miller, et al.,

    Plaintiffs,

vs.

Juarez Cartel, a/k/a Vincente Carillo Fuente Organization (a/k/a "CFO"), a/k/a La Linea,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 1:20-cv-00132

CERTIFIED COPY
Original Filed with Clerk of Court
ATTEST:
KARI M. KNUDSON, CLERK
United States District Court
District of North Dakota
By _____
Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion.** This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation.** This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal.** This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the order dated June 24, 2022, IT IS HEREBY ORDERED that Judgment be entered in the amount of $4,641,337,011.00 in favor of Plaintiffs and against Defendant, plus prejudgment interest on all economic and non-economic damages (including solatium damages) from November 4, 2019, through the date of this final judgment at a rate of 6.5% per annum, non-compounding. The court further awards post-judgment interest to the final judgment amounts in the percentages permitted pursuant to 28 U.S.C. 1961. Attached as Exhibit 1 to this Judgment is a chart setting forth the treble damages awarded to each Plaintiff.

Date: June 24, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: /s/ Renee Hellwig, Deputy Clerk

# EXHIBIT 1

| Miller Family | |
|---|---|
| Plaintiff | Treble Damages |
| Estate of Maria Rhonita LeBaron | $160,080,480.00 |
| Estate of H.M. Jr. | $160,630,344.00 |
| Estate of K.B.M. | $159,523,290.00 |
| Estate of T.A.M. | $162,755,226.00 |
| Estate of T.G.M. | $161,182,074.00 |
| Howard Miller | $228,271,305.00 |
| T.M. | $142,410,183.00 |
| A.M. | $145,592,751.00 |
| Z.M. | $144,725,319.00 |
| Adrian LeBaron-Soto | $52,578,447.00 |
| Bathsheba Shalom Tucker | $53,252,457.00 |
| Rholena Lian Johnson | $22,442,025.00 |
| Melissa Conklin | $22,645,518.00 |
| Adriana Jones | $22,619,697.00 |
| Laura Corina LeBaron | $22,711,656.00 |
| William LeBaron | $22,696,749.00 |
| Ruthila LeBaron | $23,033,466.00 |
| Dayer LeBaron | $22,994,835.00 |
| Javier LeBaron | $23,107,665.00 |
| Miguel LeBaron | $23,211,414.00 |
| Matthew LeBaron | $23,356,914.00 |
| **TOTAL** | $1,799,821,815.00 |

| Johnson Family | |
|---|---|
| Plaintiff | Treble Damages |
| Estate of Christina Langford | $57,780,051.00 |
| Tyler Johnson | $67,477,830.00 |
| C.J. | $46,501,935.00 |
| J.J. | $46,683,909.00 |
| T.J. Jr. | $47,129,082.00 |
| H.J. | $47,711,922.00 |
| E.J. | $48,094,086.00 |
| F.M.J. | $71,722,500.00 |
| Amelia Sedgwick | $53,143,986.00 |
| Isaac Langford | $23,017,668.00 |
| Elizabeth Langford | $23,292,927.00 |
| Serina Langford | $23,353,332.00 |
| E.L | $23,612,502.00 |
| **Total** | **$579,521,730.00** |

| Ray Family | |
|---|---|
| Plaintiff | Treble Damages |
| Karen Woolley | $51,952,932.00 |
| Jaremy Ray | $21,668,166.00 |
| Kerah Ray | $21,958,458.00 |
| Justin Ray | $22,099,041.00 |
| James Ray | $22,236,684.00 |
| Jonathan Ray | $22,236,684.00 |

2

| Amber Ray | $22,632,630.00 |
|---|---|
| **Total** | **$184,784,595.00** |

| Langford Family ||
|---|---|
| Plaintiff | Treble Damages |
| K.L. | $171,031,062.00 |
| M.L | $173,435,001.00 |
| X.L. | $175,244,055.00 |
| B.L. | $176,085,756.00 |
| C.L. | $180,383,493.00 |
| D.L. | $163,387,686.00 |
| J.L. | $165,108,078.00 |
| Crystal Langford | $140,580,000.00 |
| Brandy Spenst | $140,580,000.00 |
| Joseph Cole Langford | $140,580,000.00 |
| Bryce Langford | $140,580,000.00 |
| Estate of Dawna Ray | $48,304,590.00 |
| Estate of T.L. | $36,141,564.00 |
| Estate of R.L. | $36,107,136.00 |
| David Langford | $189,660,450.00 |
| **Total** | **$2,077,208,871.00** |

| **Cumulative Damages (Treble) for All Four Families** | **$4,641,337,011** |
|---|---|

3



28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Amanda L. Unterreiner**
*Paralegal*
direct: 843.216.9210
AUnterreiner@motleyrice.com

October 3, 2023

*Via Priority Mail*
U.S. District Court of District of Nebraska
Roman L. Hruska Federal Courthouse
*Attn*: Clerk's Office
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

    **Re:**    **Registration of Judgment from a Foreign District:**

           **United States District Court for the District of North Dakota – Civil Action No 1:20-cv-132; Howard J. Miller, et al v Juarez Cartel**

Dear Clerk of Court:

    Enclosed please find a copy of the certified judgment from the United States District Court for the District of North Dakota in the above referenced case, a certified copy of the AO 451 form in the above reference case, and the filing fee regarding the above referenced matter. A pre-stamped envelope has been included for the completion of the registration.

    Please contact me at 843-216-9210 or aunterreiner@motleyrice.com if you have any questions or if any additional materials are needed.

Very truly yours,

Amanda L. Unterreiner

**RECEIVED**
OCT 0 5 2023
CLERK
U.S. DISTRICT COURT

*Enclosure*

FedEx Express

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:RBWA (843) 216-9342
AMANDA L. UNTERREINER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD

MOUNT PLEASANT, SC 29464
UNITED STATES US

SHIP DATE: 03OCT23
ACTWGT: 0.50 LB
CAD: 111096165/INET4535

BILL SENDER

TO ROMAN L. HRUSKA FEDERAL COURTHOUSE
ATTN: CLERK'S OFFICE
111 SOUTH 18TH PLAZA
SUITE 1152
OMAHA NE 68102
(402) 661-7350 REF: 1000045.002
INV:
PO: DEPT:

FedEx Express

E

THU - 05 OCT 10:30A
MORNING 2DAY

TRK# 0201 7736 1908 1415

SP AIAA

68102
NE-US OMA

0
0
1415
10.05

Reusab

RECEIVED
OCT 2023
CLERK
U.S. DISTRICT COURT

Align bottom of peel-and-stick airbill or pouch here.


